IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LESLIE L. LATTERELL,

          Plaintiff,                    OPINION AND ORDER

v.

                                                        23-cv-735-wmc

STEPHANIE L. PRIOLO,

          Defendant.

---

Plaintiff contends that defendant Stephanie L. Priolo violated the federal Wiretap Act, 18 U.S.C. §§ 2510-2522, by intercepting and disclosing intimate photographs obtained after gaining access to her computer and private email. The case is now set for a jury trial beginning on June 2, 2025. In advance of the final pretrial conference ("FPTC"), scheduled for May 21, 2025, at 2:00 p.m., this order addresses the defendant's motion in limine (dkt. #43).

In her motion in limine, defendant seeks to preclude evidence and argument regarding plaintiff's claims already dismissed or that plaintiff attempted to raise in her Second Amended Complaint, which were found to be untimely. This motion is granted with some clarification. Neither party may discuss any *claims* that were dismissed earlier in this case, whether for timeliness or other reason, nor make arguments inconsistent with the court's rulings. However, both parties may elicit testimony regarding relevant *evidence and facts* surrounding the circumstances of defendant's access to plaintiff's computer, as well as proof of interception and disclosure of information taken without plaintiff's consent, whether or not related to claims previously dismissed.

ORDER

IT IS ORDERED that defendant's motion in limine (dkt. #43) is GRANTED part as set forth above.

Entered this 14th day of May, 2025.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge